UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA DANCY DOUGLAS,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>NANCY A. BERRYHILL, Acting Commissioner  )<br>of Social Security,  )<br>        Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-38-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 24] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 18] is DENIED, defendant's motion for judgment on the pleadings [D.E. 20] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on February 28, 2018, and Copies To:**
Jonathan Howell Winstead                               (via CM/ECF electronic notification)
Jamie D.C. Dixon                                          (via CM/ECF electronic notification)

DATE:                                      PETER A. MOORE, JR., CLERK
February 28, 2018                       (By) /s/ Nicole Briggeman
                                                     Deputy Clerk